**Dismiss and Opinion Filed February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00135-CR
No. 05-13-00136-CR
No. 05-13-00137-CR

**ALEJANDRO VALLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-72696-Q, F12-61459-Q, and F08-33866-Q**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court hereby **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130135F.U05